HANSON BRIDGETT LLP
DOROTHY S. LIU, SBN 196369
dliu@hansonbridgett.com
KENDALL C. FISHER-WU, SBN 322155
kfisher-wu@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:     (415) 541-9366

Attorneys for Defendants
CEMEX CONSTRUCTION MATERIALS
PACIFIC, LLC, JOANNA PINE, DEMETRIUS
HAWKINS, and KIMBERLY LINTON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH SAMPLE, JR, <br><br> Plaintiff, <br><br> v. <br><br> CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC; JOANNA PINE; DEMETRIUS HAWKINS; KIMBERLY LINTON <br><br> Defendants. | Case No. 3:23-cv-00428-WHO <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' EMERGENCY REQUEST FOR BRIEF CONTINUANCE OF SUMMARY JUDGMENT HEARING (9/3/25) AND EXPERT DEADLINES** |

Action Filed:                         January 30, 2023
First Amend. Compl. Filed:      March 19, 2024
Second Amend. Compl. Filed:  August 7, 2024
Third Amend, Compl. Filed:     December 13, 2024
Fourth Amend. Compl. Filed:   May 12, 2025
Trial:                                   November 17, 2025

[PROPOSED] ORDER GRANTING DEFENDANTS' EMERGENCY REQUEST FOR BRIEF CONTINUANCE OF
SUMMARY JUDGMENT HEARING (9/3/25) AND EXPERT DEADLINES

22123212.1

Defendants CEMEX Construction Materials Pacific, LLC, Joanna Pine, Demetrius Hawkins, and Kimberly Linton's ("Defendants") Emergency Request for Brief Continuance of Summary Judgment Hearing and Expert Deadlines was filed on September 2, 2025.

Having considered the Request and all evidence submitted, and for good cause shown, the Court hereby GRANTS Defendants' Emergency Request for Brief Continuance of Summary Judgment Hearing and Expert Deadlines as follows:

| Event | Current Date/Due Date | Requested 1-Week Extension |
|---|---|---|
| Hearing on Defendants' Motions for Summary Judgment | September 3, 2025 at 2:00 PM | September 10, 2025 at 2:00 PM |
| Defs' Expert Rebuttal Disclosure | September 5, 2025 | September 12, 2025 |
| Defs' Financial Condition Discovery | September 10, 2025 | September 17, 2025 |
| Parties' Expert Discovery Deadline | September 15, 2025 | September 22, 2025 |

**IT IS SO ORDERED.**

Dated: September 2, 2025



Hon. William H. Orrick
Senior Judge, United States District Court

[PROPOSED] ORDER GRANTING DEFENDANTS' EMERGENCY REQUEST FOR BRIEF CONTINUANCE OF SUMMARY JUDGMENT HEARING (9/3/25) AND EXPERT DEADLINES

22123212.1